Jeffrey L. Silvestrini (Bar No. 2959)
Thomas J. Burns (Bar No. 8918)
**COHNE, RAPPAPORT & SEGAL, P.C.**
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, UT 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PRO-FIT WORLDWIDE FITNESS, INC., an Island of Nevis corporation, and SPORTS HYGIENE, an Israeli partnership, by JOSEPH (YOSEF) and JACKIE (JAACOV) SIMSOLO, its general partners,<br><br>Plaintiffs,<br><br>v.<br><br>FLANDERS CORPORATION, a North Carolina corporation, PRECISIONAIRE OF UTAH, INC., a Utah corporation, FLANDERS/PRECISIONAIRE CORP., a foreign corporation, PRECISIONAIRE, INC., a foreign corporation, AIRSEAL WEST, INC., a Utah corporation, STEVEN K. CLARK, an individual, and HEALTHWORKS, INC., a foreign corporation or assumed name.<br><br>Defendants. | **SATISFACTION OF JUDGMENT**<br>Civil No. 2:00CV0985G<br><br>Judge J. Thomas Greene |

Plaintiffs through their undersigned counsel hereby confirm that the Judgment rendered in the above-entitled matter has been fully satisfied.

DATED this 17th day of October, 2006.

                                          /s/ *Jeffrey L. Silvestrini*
                                        Cohne Rappaport & Segal, P.C.
                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of October, 2006, I electronically filed the foregoing Satisfaction of Judgment using the CM/ECF system which sent notification of such filing to the following and I caused to be mailed, postage prepaid to those not on the Court's CM/ECF system.

Clark Waddoups  
Bryan S. Johansen  
PARR WADDOUPS BROWN GEE & LOVELESS, P.C.  
185 South State, #1300  
Salt Lake City, Utah 84111

                                                                /s/ *Jeffrey L. Silvestrini*